**MORTGAGE RECOVERY LAW GROUP, LLP**
PAUL A. LEVIN (State Bar No. 229077)
LAUREN M. GIBBS (State Bar No. 251569)
550 North Brand Boulevard, Suite 1100
Glendale, California 91203
Telephone: (818) 630-7900 Facsimile: (818) 630-7920
e-mail: plevin@themrlg.com, lgibbs@themrlg.com

**FEDERAL DEPOSIT INSURANCE CORPORATION**
JOHN STUART TONKINSON (admitted pro
3501 Fairfax Avenue, Room B-7052
Arlington, VA 22226
Telephone: (703) 562-2490
e-mail: jtonkinson@fdic.gov

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FINANCIAL NETWORK, INC., a California corporation<br><br>Defendant. | Case No. 8:22-cv-00281-SSS-KES<br><br>**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Assigned to:<br>District Judge Hon. Sunshine S. Sykes<br>Magistrate Judge Hon. Karen E. Scott |

1 | The Court has read and considered the parties' Stipulated Protective Order and, good cause appearing, orders that:

The Stipulated Protective Order (Dkt. 36) is hereby approved and entered.

IT IS SO ORDERED.

Dated: <u>August 25, 2022</u>

                                          *Karen E. Scott*
                                          Honorable Karen E. Scott
                                          United States Magistrate Judge